

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| RONALD LAWRENCE, JR., | § | No. 08-16-00013-CV |
| | § | |
| Appellant, | | Appeal from the |
| | § | |
| v. | | County Court at Law No. 1 |
| | § | |
| FEDERAL HOME LOAN | | of Hays County, Texas |
| MORTGAGE CORPORATION, | § | |
| | | (TC# 15-0515-C) |
| Appellee. | § | |

## J U D G M E N T

The Court has considered this cause on the Appellant's motion to dismiss the appeal and concludes the motion should be granted and the appeal should be dismissed. We therefore dismiss the appeal. We further order Appellant pay all costs of this appeal, and this decision be certified below for observance.

IT IS SO ORDERED THIS 25TH DAY OF MAY, 2016.

STEVEN L. HUGHES, Justice

Before McClure, C.J., Rodriguez, and Hughes, JJ.